**EXHIBIT "A"**

## AIR FRANCE-KLM /FI
### 20-F filed on 07/20/2005

Printer Friendly Format

### Outline

View Header    |    Entire Filing    |    Next Page >>

**Table of Contents**

As filed with the Securities and Exchange
Commission on July 20, 2005

# UNITED STATES SECURITIES
# AND EXCHANGE COMMISSION
### Washington, D.C. 20549

# Form 20-F

☐ **REGISTRATION STATEMENT
PURSUANT TO SECTION 12(b) OR (g)
OF THE SECURITIES EXCHANGE ACT
OF 1934**

or

☒ **ANNUAL REPORT PURSUANT TO
SECTION 13 OR 15(d) OF THE
SECURITIES EXCHANGE ACT OF 1934**
For the fiscal year ended March 31, 2005

or

☐ **TRANSITION REPORT PURSUANT TO
SECTION 13 OR 15(d) OF THE
SECURITIES EXCHANGE ACT OF 1934**
For the transition period from _____
to _____

Commission file number: 1-32139

# Air France-KLM
(Exact name of registrant as specified in its charter)

2, rue Robert
Esnault-
Pelterie
75007 Paris
France

| Not applicable | France | France |
|---|---|---|
| (Translation of registrant's name into English) | (Address of principal executive offices) | (Jurisdiction of incorporation or organization) |

Securities registered or to be registered pursuant to
Section 12(b) of the Act

Name of each exchange

Page 2 of 2

| Title of each class | on which registered |
|---|---|
| Ordinary shares, nominal value €8.50 per share* | New York Stock Exchange* |
| American Depositary Shares, each representing one ordinary share | New York Stock Exchange |
| Warrants to purchase ordinary shares** | New York Stock Exchange** |
| American Depositary Warrants, each representing one warrant to purchase ordinary shares | New York Stock Exchange |

* Not for trading, but only in connection with the registration of the American Depositary Shares pursuant to the requirements of the Securities and Exchange Commission.
** Not for trading, but only in connection with the registration of the American Depositary Warrants pursuant to the requirements of the Securities and Exchange Commission.

Securities registered or to be registered pursuant to Section 12(g) of the Act:
**None**

Securities for which there is a reporting obligation pursuant to Section 15(d) of the Act:
**None**

Indicate the number of outstanding shares of each of the issuer's classes of capital or common stock as of the close of the period covered by the Annual Report:

Ordinary shares, nominal value €8.50
269,383,518

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days: Yes ☒    No ☐

Indicate by check mark which financial statement item the registrant has elected to follow: Item 17 ☐    Item 18 ☒

Powered by:    

**EXHIBIT "B"**



A pioneer in discount travel, Suburban Travel has specialized in bargain airline tickets, tours, packages; both domestic and international since 1960.

Suburban Travel was proud to be named in Washington's "Consumer Checkbook" as number one in the metropolitan area for savings (1998).

Click here for the time of your life!

### Itinerary
### Departure

From: | To: |

Date: Aug ▾ 2 ▾    Preferred Time: Noon ▾

### Return

From: | To: |

Date: Aug ▾ 9 ▾    Preferred Time: Noon ▾

### Options

Roundtrip: ⦿    Oneway: ○

Economy: ⦿    Business: ○    First Class: ○

| **ADULT** | **CHILD** | **INFANT** |
|---|---|---|
| [Age 12 & Above] | [Age 2 -11] | [1 and Below] |
| 1 ▾ | 0 ▾ | 0 ▾ |

Airline  All ▾

Submit

**Online Bookings for Published Fares, Hotels and Cars click here.**

Home • Services • Discount Travel • Contact Us • Location
**Phone: (301) 770-9300**

Copyright © 2001 Suburban Travel. All rights reserved.





**11510-G Rockville Pike**
**Rockville, MD 20852**
**Phone - 301-770-9300**
**Toll Free - 1-800-238-4885**
**Fax - 1-301-770-5823**
**Email-** info@suburbantravel.com

Home • Services • Discount Travel • Contact Us • Location

Copyright © 2001 Suburban Travel. All rights reserved.

**EXHIBIT "C"**

 **Maryland Department of Assessments and Taxation** 4

**Taxpayer Services Division**
301 West Preston Street W Baltimore, Maryland 21201

Main Menu  |  Security Interest Filings (UCC)  |  **Business Entity Information**
**(Charter/Personal Property)** New Search  |  Get Forms  |  Certificate of Status  |  SDAT
Home

### Taxpayer Services Division

### Entity Name: SUBURBAN TRAVEL SERVICE, INC.
### Dept. ID #: D00205203

| General Information | Amendments | Personal Property | Certificate of Status |
|---|---|---|---|

| | |
|---|---|
| Principal Office (Current): | WILLIAM IVES<br>8413 STEVENSONS ROAD<br>PIKESVILLE, MD   21208 |
| Resident Agent (Current): | WILLIAM IVES<br>8413 STEVENSONS ROAD<br>PIKESVILLE, MD   21208 |
| Status: | DISSOLVED |
| **Good Standing:** | No |
| **Business Code:** | Ordinary Business - Stock |
| Date of Formation or Registration: | 03/16/1960 |
| State of Formation: | MD |
| Stock/Nonstock: | Stock |
| Close/Not Close: | Unknown |

---

| **Link Definition** |
|---|

| | |
|---|---|
| **General Information** | General information about this entity |
| **Amendments** | Original and subsequent documents filed |
| **Personal Property** | Personal Property Return Filing Information and Personal Property Assessments |
| **Certificate of Status** | Get a Certificate of Good Standing for this entity. |

**EXHIBIT "D"**

**EXHIBIT "E"**

Suburban Travel

```
RP/HDQ1S/HDQ1SKWINXF/7MT5/2186523/     7JUL05/2226Z   2DWJNL
    000 ON/BROWN/KRISTIN HUDSON/EUGENIA MOHAMMAD/MOHAMMAD A
        PERRY/ARIANA SPARROW/VICTOR SPARROW/GAIL
    000 OS/AF 039 T 07JUL 4 IADCDG LK6 1705 0630+1/LK *1A/E*
    000 OS/AF1000 T 08JUL 5 CDGMAD LK6 0715 0920/LK *1A/E*
    000 OS/AF1301 T 22JUL 5 MADCDG LK6 1255 1500/LK *1A/E*
    000 OS/AF 026 T 22JUL 5 CDGIAD LK6 1640 1900/LK *1A/E*
    000 OO/OSI AFCTCP BWI202 246 7677
    000 RF-HDQRM1S 091741 DKF9C3EBC11B6D 0912F0340024D8//HDQ1SKW
        INXF/7MT5/01A65233 CR-HDQ RM 1S 08MAY/1741Z
000/001 XS/AF 039 T 07JUL 4 IADCDG HK6 1705 0630+1/LK *1A/E*
000/001 XS/AF1000 T 08JUL 5 CDGMAD HK6 0715 0920/LK *1A/E*
000/001 XS/AF1301 T 22JUL 5 MADCDG HK6 1255 1500/LK *1A/E*
000/001 XS/AF 026 T 22JUL 5 CDGIAD HK6 1640 1900/LK *1A/E*
    001 AS/AF 027 T 06JUL 3 IADCDG LK6 2210 1135+1/LK *1A/E*
    001 AS/AF1600 T 07JUL 4 CDGMAD LK6 1240 1445/LK *1A/E*
    001 AS/AF1301 T 24JUL 7 MADCDG LK6 1255 1500/LK *1A/E*
    001 AS/AF 026 T 24JUL 7 CDGIAD LK6 1640 1900/LK *1A/E*
000/001 SX/SSR NSST AF HK6 IADCDG/45G/46G/46E/46F/45E/45F/AF
        039 T 07JUL IADCDG
000/001 SX/SSR NSST AF HK6 CDGIAD/45L/46L/46J/46K/45J/45K/AF
        026 T 22JUL CDGIAD
    001 RF-HDQRM1S 091836 DKF9C3E8C16697 09E30033002490//HDQ1SKW
[illegible]
```

orig.

8MAY 13[41]

Change [illegible]

003 SA/SSR NSST AF LK6 CDGIAD/46C/46E/46E/46F/46A/46B/AF
026 T 24JUL CDGIAD
003 RF-HDQRM1S 091844 DKF9C3E8C16699 095370310020AC//HDQ1SKW
INXF/7MT5/21865233 CR-HDQ RM 1S 09MAY/1843Z
002/004 SX/SSR NSST AF HK6 IADCDG/46G/46L/46J/46K/46E/46F/AF
027 T 06JUL IADCDG
003/004 SX/SSR NSST AF HK6 CDGIAD/46C/46B/46E/46F/46A/46B/AF
026 T 24JUL CDGIAD
004 SA/SSR RQST AF NN6 IADCDG/37K/37L/38K/38L/39L/39K/AF
027 T 06JUL IADCDG
004 SA/SSR RQST AF NN6 CDGIAD/41J/41K/41L/42J/42K/42L/AF
026 T 24JUL CDGIAD
004 RF-TA-RM CR-NYCAF0501 - 10992380 GS 3222CA/RO-7002C4BF-Y
MQAF0106 - 69990141 09MAY/1901Z
004/005 DL/SSR RQST AF NN6 IADCDG/37K/37L/38K/38L/39L/39K/AF
027 T 06JUL IADCDG
004/005 DL/SSR RQST AF NN6 CDGIAD/41J/41K/41L/42J/42K/42L/AF
026 T 24JUL CDGIAD
005 SA/SSR RQST AF HK6 IADCDG/37KN/37LN/38KN/38LN/39LN/39KN/
AF 027 T 06JUL IADCDG
005 SA/SSR RQST AF HK6 CDGIAD/41JN/41KN/41LN/42JN/42KN/42LN/
AF 026 T 24JUL CDGIAD
005 RF-PARRMAF 091902 CR-PAR RM AF 09MAY/1901Z
006 SA/SSR MOMLAFSS2/AF 027 T 06JUL IADCDG/MOHAMMAD/
MOHAMMAD A HUDSON/EUGENIA
006 SA/SSR MOMLAFSS2/AF1600 T 07JUL CDGMAD/MOHAMMAD/
MOHAMMAD A HUDSON/EUGENIA
006 SA/SSR MOMLAFSS2/AF1301 T 24JUL MADCDG/MOHAMMAD/
MOHAMMAD A HUDSON/EUGENIA
006 SA/SSR MOMLAFSS2/AF 026 T 24JUL CDGIAD/MOHAMMAD/
MOHAMMAD A HUDSON/EUGENIA
006 RF- CR-NYCAF0501 - 10992380 GS 3222CA/RO-7002C4BF-YNQAF
0106 - 69990141 09MAY/1902Z
006/007 SX/SSR MOMLAFNO2/HK/AF1600 T 07JUL CDGMAD/MOHAMMAD/
MOHAMMAD A HUDSON/EUGENIA
006/007 SX/SSR MOMLAFNO2/HK/AF1301 T 24JUL MADCDG/MOHAMMAD/
MOHAMMAD A HUDSON/EUGENIA
007 RF-PARRMAF 091903 CR-PAR RM AF 09MAY/1902Z
008 SA/SSR SFMLAFSS1/AF 027 T 06JUL IADCDG/SPARROW/VICTOR
008 SA/SSR SFMLAFSS1/AF1600 T 07JUL CDGMAD/SPARROW/VICTOR
008 SA/SSR SFMLAFSS1/AF1301 T 24JUL MADCDG/SPARROW/VICTOR
008 SA/SSR SFMLAFSS1/AF 026 T 24JUL CDGIAD/SPARROW/VICTOR
008 RF- CR-NYCAF0501 - 10992380 GS 3222CA/RO-7002C4BF-YMQAF
0106 - 69990141 09MAY/1903Z
008/009 SX/SSR SFMLAFNO1/HK/AF1600 T 07JUL CDGMAD/SPARROW/VICTOR
008/009 SX/SSR SFMLAFNO1/HK/AF1301 T 24JUL MADCDG/SPARROW/VICTOR
009 RF-PARRMAF 091904 CR-PAR RM AF 09MAY/1903Z
010 SA/SSR TKNEAFHK1 0571136447757C1/AF 027 T 06JUL IADCDG/
SPARROW/VICTOR
010 SA/SSR TKNEAFHK1 0571136447757C2/AF1600 T 07JUL CDGMAD/
SPARROW/VICTOR
010 SA/SSR TKNEAFHK1 0571136447757C3/AF1301 T 24JUL MADCDG/
SPARROW/VICTOR
010 SA/SSR TKNEAFHK1 0571136447757C4/AF 026 T 24JUL CDGIAD/
SPARROW/VICTOR
011 SA/SSR TKNEAFHK1 0571136447758C1/AF 027 T 06JUL IADCDG/
BROWN/KRISTIN
011 SA/SSR TKNEAFHK1 0571136447758C2/AF1600 T 07JUL CDGMAD/
BROWN/KRISTIN
011 SA/SSR TKNEAFHK1 0571136447758C3/AF1301 T 24JUL MADCDG/
BROWN/KRISTIN
011 SA/SSR TKNEAFHK1 0571136447758C4/AF 026 T 24JUL CDGIAD/
BROWN/KRISTIN

```
012 SA/SSR TKNEAFHK1 0571136447759C3/AF1301 T 24JUL MADCDG/
    MOHAMMAD/MOHAMMAD A
012 SA/SSR TKNEAFHK1 0571136447759C4/AF 026 T 24JUL CDGIAD/
    MOHAMMAD/MOHAMMAD A
012 RF-PARRMAF 092106 CR-PAR RM AF 09MAY/2105Z
013 SA/SSR TKNEAFHK1 0571136447760C1/AF 027 T 06JUL IADCDG/
    PERRY/ARIANA
013 SA/SSR TKNEAFHK1 0571136447760C2/AF1600 T 07JUL CDGMAD/
    PERRY/ARIANA
013 SA/SSR TKNEAFHK1 0571136447760C3/AF1301 T 24JUL MADCDG/
    PERRY/ARIANA
013 SA/SSR TKNEAFHK1 0571136447760C4/AF 026 T 24JUL CDGIAD/
    PERRY/ARIANA
013 RF-PARRMAF 092106 CR-PAR RM AF 09MAY/2105Z
014 SA/SSR TKNEAFHK1 0571136447761C1/AF 027 T 06JUL IADCDG/
    HUDSON/EUGENIA
014 SA/SSR TKNEAFHK1 0571136447761C2/AF1600 T 07JUL CDGMAD/
    HUDSON/EUGENIA
014 SA/SSR TKNEAFHK1 0571136447761C3/AF1301 T 24JUL MADCDG/
    HUDSON/EUGENIA
014 SA/SSR TKNEAFHK1 0571136447761C4/AF 026 T 24JUL CDGIAD/
    HUDSON/EUGENIA
014 RF-PARRMAF 092106 CR-PAR RM AF 09MAY/2105Z
015 SA/SSR TKNEAFHK1 0571136447762C1/AF 027 T 06JUL IADCDG/
    SPARROW/GAIL
015 SA/SSR TKNEAFHK1 0571136447762C2/AF1600 T 07JUL CDGMAD/
    SPARROW/GAIL
015 SA/SSR TKNEAFHK1 0571136447762C3/AF1301 T 24JUL MADCDG/
    SPARROW/GAIL
015 SA/SSR TKNEAFHK1 0571136447762C4/AF 026 T 24JUL CDGIAD/
    SPARROW/GAIL
015 RF-PARRMAF 092106 CR-PAR RM AF 09MAY/2105Z
016 AP/PAR MAD 1-H
016 AT/TKOK 21JUN/NYCAF0501                    21 JUN
016 AR/SSRPAX NAME SHOULD SPELL MOHAMED MOHAMED
016 AR/RM EUGENIA HUDSON ADVD PSPT NAME SHOULD MATCH WITH
    TKT
016 RF-(MME HUDSON-DANIELLE)M3205CA CR-NYCAF0501 - 10992380
    GS 3205CA/RO-70002C9B-YMDAF0106 - 69990141 21JUN/1944Z
017 AS/AF 027 T 07JUL 4 IADCDG LK6 2210 1135+1/LK *1A/E*
017 AS/AF1600 T 08JUL 5 CDGMAD LK6 1240 1445/LK *1A/E*
017 RF-HDQRM1S 072059 DKF9C3EBC17165 090150340002EA3//HDQ1SKW
    INXF/7MT5/21965233 CR-HDQ RM 1S 07JUL/2058Z
017/018 XS/AF 027 T 07JUL 4 IADCDG HK6 2210 1135+17LK *1A/E*
017/018 XS/AF1600 T 08JUL 5 CDGMAD HK6 1240 1445/LK *1A/E*
018 AS/AF 027 V 07JUL 4 IADCDG LK6 2210 1135+1/LK *1A/E*
018 AS/AF1600 V 08JUL 5 CDGMAD LK6 1240 1445/LK *1A/E*
018 RF-HDQRM1S 072200 DKF9C3EBC12906 09925031001D8C//HDQ1SKW
    INXF/7MT5/21865233 CR-HDQ RM 1S 07JUL/2159Z
019 SA/SSR TKNEAFHK1 0571150622649C1/AF 027 V 07JUL IADCDG/
    SPARROW/VICTOR
019 SA/SSR TKNEAFHK1 0571150622649C2/AF1600 V 08JUL CDGMAD/
    SPARROW/VICTOR
019 SA/SSR TKNEAFHK1 0571150622649C3/AF1301 T 24JUL MADCDG/
    SPARROW/VICTOR
019 SA/SSR TKNEAFHK1 0571150622649C4/AF 026 T 24JUL CDGIAD/
    SPARROW/VICTOR
019 RF-PARRMAF 072220 CR-PAR RM AF 07JUL/2219Z
01B/020 SX/SSR TKNEAFHK1 0571136447757C1/AF 027 T 06JUL IADCDG/
        SPARROW/VICTOR
01B/020 SX/SSR TKNEAFHK1 0571136447757C2/AF1600 T 07JUL CDGMAD/
```



```
            SPARROW/VICTOR
010/020 SX/SSR TKNEAFHK1 0571113644     C4/AF 026 T 24JUL CDGIAD/
        SPARROW/VICTOR
    020 RF-PARRMAF 072220 CR-PAR RM AF 07JUL/2219Z
    021 SA/SSR TKNEAFHK1 0571150622650C1/AF 027 V 07JUL IADCDG/
        SPARROW/GAIL
    021 SA/SSR TKNEAFHK1 0571150622650C2/AF1600 V 08JUL CDGMAD/
        SPARROW/GAIL
    021 SA/SSR TKNEAFHK1 0571150622650C3/AF1301 T 24JUL MADCDG/
        SPARROW/GAIL
    021 SA/SSR TKNEAFHK1 0571150622650C4/AF 026 T 24JUL CDGIAD/
        SPARROW/GAIL
    021 RF-PARRMAF 072221 CR-PAR RM AF 07JUL/2220Z
015/022 SX/SSR TKNEAFHK1 0571136447762C1/AF 027 T 06JUL IADCDG/
        SPARROW/GAIL
015/022 SX/SSR TKNEAFHK1 0571136447762C2/AF1600 T 07JUL CDGMAD/
        SPARROW/GAIL
015/022 SX/SSR TKNEAFHK1 0571136447762C3/AF1301 T 24JUL MADCDG/
        SPARROW/GAIL
015/022 SX/SSR TKNEAFHK1 0571136447762C4/AF 026 T 24JUL CDGIAD/
        SPARROW/GAIL
    022 RF-PARRMAF 072221 CR-PAR RM AF 07JUL/2220Z
    023 SA/SSR TKNEAFHK1 0571150622651C1/AF 027 V 07JUL IADCDG/
        BROWN/KRISTIN
    023 SA/SSR TKNEAFHK1 0571150622651C2/AF1600 V 08JUL CDGMAD/
    023 SA/SSR TKNEAFHK1 0571150622651C3/AF1301 T 24JUL MADCDG/
        BROWN/KRISTIN
    023 SA/SSR TKNEAFHK1 0571150622651C4/AF 026 T 24JUL CDGIAD/
        BROWN/KRISTIN
    023 RF-PARRMAF 072223 CR-PAR RM AF 07JUL/2222Z
011/024 SX/SSR TKNEAFHK1 0571136447758C1/AF 027 T 06JUL IADCDG/
        BROWN/KRISTIN
011/024 SX/SSR TKNEAFHK1 0571136447758C2/AF1600 T 07JUL CDGMAD/
        BROWN/KRISTIN
011/024 SX/SSR TKNEAFHK1 0571136447758C3/AF1301 T 24JUL MADCDG/
        BROWN/KRISTIN
011/024 SX/SSR TKNEAFHK1 0571136447758C4/AF 026 T 24JUL CDGIAD/
        BROWN/KRISTIN
    024 RF-PARRMAF 072223 CR-PAR RM AF 07JUL/2222Z
    025 SA/SSR TKNEAFHK1 0571150622652C1/AF 027 V 07JUL IADCDG/
        MOHAMMAD/MOHAMMAD A
    025 SA/SSR TKNEAFHK1 0571150622652C2/AF1600 V 08JUL CDGMAD/
        MOHAMMAD/MOHAMMAD A
    025 SA/SSR TKNEAFHK1 0571150622652C3/AF1301 T 24JUL MADCDG/
        MOHAMMAD/MOHAMMAD A
    025 SA/SSR TKNEAFHK1 0571150622652C4/AF 026 T 24JUL CDGIAD/
        MOHAMMAD/MOHAMMAD A
    025 RF-PARRMAF 072224 CR-PAR RM AF 07JUL/2223Z
012/026 SX/SSR TKNEAFHK1 0571136447759C1/AF 027 T 06JUL IADCDG/
        MOHAMMAD/MOHAMMAD A
012/026 SX/SSR TKNEAFHK1 0571136447759C2/AF1600 T 07JUL CDGMAD/
        MOHAMMAD/MOHAMMAD A
012/026 SX/SSR TKNEAFHK1 0571136447759C3/AF1301 T 24JUL MADCDG/
        MOHAMMAD/MOHAMMAD A
012/026 SX/SSR TKNEAFHK1 0571136447759C4/AF 026 T 24JUL CDGIAD/
        MOHAMMAD/MOHAMMAD A
    026 RF-PARRMAF 072224 CR-PAR RM AF 07JUL/2223Z
    027 SA/SSR TKNEAFHK1 0571150622653C1/AF 027 V 07JUL IADCDG/
        PERRY/ARIANA
    027 SA/SSR TKNEAFHK1 0571150622653C2/AF1600 V 08JUL CDGMAD/
        PERRY/ARIANA
    027 SA/SSR TKNEAFHK1 0571150622653C3/AF1301 T 24JUL MADCDG/
        PERRY/ARIANA
    027 SA/SSR TKNEAFHK1 0571150622653C4/AF 026 T 24JUL CDGIAD/
```

027 RF-PARRWAF 072225 CR-PAR RM AF 07JUL/2224Z

013/028 SX/SSR TKNEAFHK1 0571136( )00C1/AF 027 T 06JUL IADCDG/
        PERRY/ARIANA

013/028 SX/SSR TKNEAFHK1 0571136447760C2/AF1600 T 07JUL CDGMAD/
        PERRY/ARIANA

013/028 SX/SSR TKNEAFHK1 0571136447760C3/AF1301 T 24JUL MADCDG/
        PERRY/ARIANA

013/028 SX/SSR TKNEAFHK1 0571136447760C4/AF 026 T 24JUL CDGIAD/
        PERRY/ARIANA

     028 RF-PARRWAF 072225 CR-PAR RM AF 07JUL/2224Z

     029 SA/SSR TKNEAFHK1 0571150622654C1/AF 027 V 07JUL IADCDG/
         HUDSON/EUGENIA

     029 SA/SSR TKNEAFHK1 0571150622654C2/AF1600 V 08JUL CDGMAD/
         HUDSON/EUGENIA

     029 SA/SSR TKNEAFHK1 0571150622654C3/AF1301 T 24JUL MADCDG/
         HUDSON/EUGENIA

     029 SA/SSR TKNEAFHK1 0571150622654C4/AF 026 T 24JUL CDGIAD/
         HUDSON/EUGENIA

     029 RF-PARRWAF 072227 CR-PAR RM AF 07JUL/2226Z

14/030 SX/SSR TKNEAFHK1 0571136447761C1/AF 027 T 06JUL IADCDG/
       HUDSON/EUGENIA

    30 SX/SSR TKNEAFHK1 0571136447761C2/AF1600 T 07JUL CDGMAD/
       HUDSON/EUGENIA

    0 SX/SSR TKNEAFHK1 0571136447761C3/AF1301 T 24JUL MADCDG/
      SON/EUGENIA

    SR TKNEAFHK1 0571136447761C4/AF 026 T 24JUL CDGIAD/
       /EUGENIA

    RRWAF 072227 CR-PAR RM AF 07JUL/2226Z

**EXHIBIT "F"**

**AIR FRANCE**

**Baggage Service**
1.800.873.BAGS

**Refunds**
P.O. Box 459002
Sunrise, FL 33345-9002
1.800.872.3224

**Customer Relations**
P.O. Box 459000
Sunrise, FL 33345-9000

For filing instructions please call the toll-free
numbers listed above, or visit our website at
www.airfrance.com

OVER

Relations Clientèle France
BP 670
93 103 Montreuil Cedex
0.810.033.033

**EXHIBIT "G"**

