IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **VICTOR H. SPARROW, III**<br>1768 Willard Street, Northwest<br>Washington, District of Columbia 20009<br><br>                Plaintiff *pro se*,<br>    v.<br><br>**AIR FRANCE-KLM GROUP**<br>45, rue de Paris<br>95747 Roissy, France<br><br>**AIR FRANCE**<br>45, rue de Paris<br>95747 Roissy, France<br>CDG Cedex<br><br>**SUBURBAN TRAVEL**<br>11510-G Rockville Pike<br>Rockville, Maryland 20852<br><br>                Defendants. | Case No. 05-01577 RMC |

### PROOF OF SERVICE OF SUMMONS & COMPLAINT

I, Ahmed O. Hassan, in my personal capacity of my own personal knowledge state and declare under penalty of perjury including but not limited to 28 *United States Code* § 1746 under the laws of the District of Columbia and the United States, that I personally served each of the named defendants as follows:

1.   **AIR FRANCE**
      Suite 1050
      1120 Connecticut Avenue, Northwest
      Washington, District of Columbia 20036

RECEIVED
AUG 23 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2. **AIR FRANCE-KLM GROUP**
Suite 1050
1120 Connecticut Avenue, Northwest
Washington, District of Columbia 20036

at the address first written above by personally delivering a copy of the Summons & Complaint in this cause to the person in charge of the office at that location at approximately 10:38 a.m. on August 8, 2005. At the time of delivery, the person in charge of the office who received the Summons & Complaint signed Line #1 of my "Yellow Cab Taxi Driver's Daily Manifest" ("Manifest") indicating her acceptance and receipt of the Summons and Complaint. A true xerographic copy of the Manifest is attached and incorporated by reference in this "Proof of Service" as Exhibit "A." I was paid $100.00 to serve each of the foregoing defendants.

I also personally served the additional named defendants as follows:

**SUBURBAN TRAVEL**
11510-G Rockville Pike
Rockville, Maryland 20852

by personally delivering a copy of the Summons & Complaint in this cause to the person in charge of the office at that location at approximately 11:33 a.m. on August 8, 2005. At the time of delivery, the person in charge of the office who received the Summons & Complaint signed Line #2 of the Manifest indicating his acceptance and receipt of the Summons and Complaint. I was paid $50.00 to serve this defendant.

I am fully competent to testify and would do so under penalty of perjury to the foregoing substance and effect if called upon to do so in any court of competent jurisdiction.

Dated: __August 23, 2005__

Ahmed O. Hassan

## VERIFICATION

I, Ahmed O. Hassan, in my personal capacity of my own personal knowledge state and declare under penalty of perjury including but not limited to 28 *United States Code* § 1746 under the laws of the District of Columbia and the United States, that I have read and am thoroughly familiar with each of the statements made in the foregoing "Proof of Service." Each statement is true and correct based upon my own personal knowledge. Each document attached to the Proof of Service is a true xerographic copy of a document which is now or has been in my possession.

Executed on this 23rd day of August 2005 at Washington City within the District of Columbia.

Dated:  August 23, 2005

_____
Ahmed O. Hassan

# TAXI DRIVER'S DAILY MANIFEST

SAFE DRIVING IS DEFENSIVE DRIVING
ALL ACCIDENTS MUST BE REPORTED, NO MATTER HOW SLIGHT
PERSONAL INJURIES MUST BE REPORTED IMMEDIATELY

**NAME OF OPERATOR:** Ahmed Hass
**ADDRESS:** 1706 Monroe St. NE
**CAB NO.:** 653
**TAG NO.:** H87277
**DATE:** 8-8-05
**MAKE OF VEHICLE:** Merc
**YEAR:** 98
**I.D. OR LICENSE:** 6061D
☐ RADIO  ☒ OWNER
☐ NON RADIO  ☐ RENTER

**MILES**
AT FINISH: _____
AT START: 132307
TOTAL ON DUTY: _____

**TIME-AM.PM.**
ON: 10:27A
OFF: _____
TOTAL ON DUTY: _____

**OPTIONAL ENTRIES — EXPENDITURES TODAY**
GAS / PER GAL.
OIL QTS. / PER QT.
LUBE
WASH
TIRE REPAIR
OTHER REPAIR
RENT OR OTHER
MISC. COSTS
INSURNCE
TOTAL COST

**EMERGENCY TELEPHONE NOS.**
FIRE & RESCUE/POLICE — 911
U.S. PARK POLICE — 426-6600
HACK INSPECTOR — 727-5401

| TRIP NO. | CALL OR PICK UP | NO. OF PASS | STARTING POINT | D.C. ZONE | TIME AM/PM | METER READING START | DESTINATION | TIME AM/PM | METER READING AT FINISH | NO. OF D.C. ZONES | FARES ZONED & METERED | TIPS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | C | 1 | 1RW #1050 Conn Ave | | 7:32 | 307 | Atid AT IDEPO | 8:10 | 311 | | | |
| 2 | C | 1 | 11:50 Mass Rockville Pk | | 10:31 | 311 | R. Bryan | 11:33 | 319 | | | |
| 3 | C | 1 | 115 Mission Tom | | 12:38 | 334 | Beauntgott Rd | 1:36 | 343 | | 20.00 | |
| 4 | P | 1 | NCAP & H NW | | 2:28 | 361 | 1750 K St. | 2:30 | 363 | 1 | 650 | 150 |
| 5 | P | 1 | 15 & P NW | | 2:43 | 363 | 1661 Crescent Pl | 2:49 | 365 | 2 | 820 | 1.00 |
| 6 | | | OFF | | | | OFF | | | | | |
| 7 | P | 1 | 1140 Conn James1 | | 4:52 | 368 | Nat Zoo | 5:00 | 370 | 3 | 1160 | 1.00 |
| 8 | P | 1 | Conn & L NW | | 5:55 | 374 | 631 D St. NW | 6:04 | 375 | 1 | 750 | 1.50 |
| 9 | P | 1 | 13 & I NW | | 6:21 | 377 | 909 Louisiana | 6:38 | 381 | 3 | 1150 | 50 |
| 10 | | | OFF | | | | OFF | | | | | |
| 11 | P | 2 | NCAP & Fla. | | 10:11 | 408 | 4873 Minn NE | 10:59 | 4M | 2 | 010 | |
| 12 | C | 1 | 555 Mary M St NW | | 11:20 | 418 | 9509 Ocala Sharon | 11:40 | 427 | — | 1886 | 3.00 |
| 13 | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | |
| 15 | | | | | | | | | | | | |

## PROOF OF SERVICE

I, Ahmed O. Hassan, state and declare under penalty of perjury that I am a citizen of the United States and that I reside in the City of Washington, District of Columbia. I am over the age of eighteen (18) years and not a party to the above encaptioned action. My business address is 1706 Monroe Street, Northeast, Washington, District of Columbia 20018.

On the day set forth below I served the within **"PROOF OF PERSONAL SERVICE OF SUMMONS & COMPLAINT"** in Civil Action No.: **05-01577 RMC** in the United States District Court for the District of Columbia on each of the Defendants by placing a true copy thereof enclosed in a sealed envelope with first class Postage thereon fully prepaid, in the United States Postal Service Mail depository at Washington City within the District of Columbia, addressed to each of the following:

**AIR FRANCE**
Suite 1050
1120 Connecticut Avenue, Northwest
Washington, District of Columbia 20036

**AIR FRANCE-KLM GROUP**
45, rue de Paris
95747 Roissy, France
CDG Cedex

**SUBURBAN TRAVEL**
11510-G Rockville Pike
Rockville, Maryland 20852

I declare under penalty of perjury under the law of the United States and the District of Columbia that the foregoing is true and correct pursuant to 28 *United States Code* §1746.

Executed at Washington City, within the District of Columbia on August 23, 2005.

Dated: August 23, 2005

_____
AHMED O. HASSAN