UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VICTOR H. SPARROW, III<br>1768 Willard Street, Northwest<br>Washington, D.C. 20009<br>(202) 246-7677,<br><br>    Plaintiff,<br><br>v.<br><br>AIR FRANCE-KLM GROUP<br>2 rue Robert Esnault-Pelterie<br>75005 Paris<br>France<br><br>AIR FRANCE<br>45 rue de Paris<br>95747 Roissy-CDG Cedex,<br>France<br><br>SUBURBAN TRAVEL<br>11510-G Rockville Pike<br>Rockville, Maryland 20852,<br><br>    Defendants. | Civil Action No. 1: 05-CV-01577 (RMC) |

**LOCAL RULE 7.1 CERTIFICATE OF
CORPORATE DISCLOSURE**

  I, Lynn E. Calkins, counsel of record for Defendant Société Air France ("Air France"), certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Air France which have any outstanding securities in the hands of the public: Air France-KLM.

  This representation is made in order that judges of this Court may determine the need for recusal.

Dated: August 29, 2005

                                      Respectfully submitted,

By _____
Lynn E. Calkins (D.C. Bar No. 445854)
HOLLAND & KNIGHT LLP
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, D.C. 20006
(202) 955-3000   Phone
(202) 955-5564   Fax

*Counsel for Société Air France*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served by first-class mail, postage prepaid, this 29th day of August 2005, upon:

>Victor H. Sparrow, III
>1768 Willard Street, Northwest
>Washington, D.C. 20009
>
>Suburban Travel
>11510-G Rockville Pike
>Rockville, Maryland 20852

_____
Lynn E. Calkins

# 3180802_v1