IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VICTOR H. SPARROW, III, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Case No.: **1:05-cv-01577** |
| | : |
| AIR FRANCE-KLM GROUP, *et al*. | : |
| | : |
| Defendant. | : |

_____

## **LINE OF APPEARANCE**

DEAR CLERK:

Please enter the appearance of Bruce L. Marcus, Esquire and Marcus & Bonsib as counsel for the named Defendant, Suburban Travel, in the above-captioned case.

        Respectfully submitted,

        MARCUS & BONSIB


         /s/  *Bruce L. Marcus*
        _____
        BRUCE L. MARCUS, ESQ. (#MD06341)
        6411 Ivy Lane, Suite 116
        Greenbelt, Maryland 20770
        (301) 441-3000
        *Counsel for Named Defendant,*
        *Suburban Travel*