**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| VICTOR H. SPARROW, III, | : |
| Plaintiff, | : |
| v. | : Case No.: **1:05-cv-01577 (RMC)** |
| AIR FRANCE-KLM GROUP, *et al*. | : |
| Defendant. | : |

## **ORDER**

UPON CONSIDERATION of named Defendant, Suburban Travel's, Motion for Extension of Time to File Response to Complaint, and any opposition filed thereto, it is this _____ day of _____, 2005, hereby and the same:

**ORDERED**, that Defendant's Motion is **GRANTED**; and it is further

**ORDERED**, that Suburban Travel shall file its responsive pleading to Plaintiff's Complaint no later than the _____ day of September, 2005.

_____
Honorable Rosemary M. Collyer
United States District Judge