UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| VICTOR H. SPARROW, III<br>1768 Willard Street, Northwest<br>Washington, D.C. 20009<br>(202) 246-7677,<br><br>         Plaintiff,<br><br>v.<br><br>AIR FRANCE-KLM GROUP<br>2 rue Robert Esnault-Pelterie<br>75005 Paris<br>France<br><br>AIR FRANCE<br>45 rue de Paris<br>95747 Roissy-CDG Cedex,<br>France<br><br>SUBURBAN TRAVEL<br>11510-G Rockville Pike<br>Rockville, Maryland 20852,<br><br>         Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1: 05-CV-01577 (RMC)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### ENTRY OF APPEARANCE

The clerk will please enter the appearance of Lynn E. Calkins, Stacey L. Hawkins, and the law firm of Holland & Knight LLP on behalf of Defendant Air France-KLM Group in the above-captioned matter.

Dated: September 2, 2005                    Respectfully submitted,

By _____
Lynn E. Calkins (D.C. Bar No. 445854)
Stacey L. Hawkins (D.C. Bar No. 464776)
HOLLAND & KNIGHT LLP
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, D.C. 20006
(202) 955-3000   Phone
(202) 955-5564   Fax

*Counsel for Air France-KLM Group*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served by hand-delivery, this 2nd day of September, 2005, upon:

>Victor H. Sparrow, III
>1768 Willard Street, N.W.
>Washington, D.C. 20009

And by first-class mail, postage prepaid, this 2nd day of September, 2005 upon:

>Bruce L. Marcus
>6411 Ivy Lane, Suite 116
>Greenbelt, MD 20770

_____
Lynn E. Calkins

# 3196168_v1