IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VICTOR H. SPARROW, III, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Case No.: **1:05-cv-01577** |
| : | |
| AIR FRANCE-KLM GROUP, *et al*. : | |
| : | |
| Defendant. : | |

_____

**CONSENT MOTION FOR EXTENSION OF TIME FOR NAMED DEFENDANT,
SUBURBAN TRAVEL, TO FILE RESPONSE TO COMPLAINT**

COMES NOW the named Defendant, Suburban Travel ("Suburban"), by and through counsel, Bruce L. Marcus, Esquire and Marcus & Bonsib, pursuant to Fed R. Civ. P. 7(b) and Local Civil Rule 7(m), and hereby requests this Honorable Court for an extension of time to file a response to Plaintiff's Complaint. In support thereof, Suburban states the following:

1.   Plaintiff fled his Complaint in the above-captioned case on August 5, 2005.

2.   Upon information and belief, named Defendant Suburban was served with process on August 8, 2005.

3.   Undersigned counsel was retained by named Defendant Suburban only several days ago to represent it in this case.

4.   Undersigned counsel requires additional time to become familiar enough with the underlying circumstances and history of the case to file the most appropriate responsive pleading on behalf of named Defendant Suburban.

5.  On September 7, 2005, in accordance with Local Civil Rule 7(m), Joseph A. Compofelice, Jr., Esquire, associate to undersigned counsel, contacted Plaintiff and counsel for Air France, Lynn Calkins, and requested their consents to Suburban's request for an extension of time to file a responsive pleading to Plaintiff's Complaint.

6.  Plaintiff and Ms. Calkins each consented to Suburban's request for an extension, until September 15, 2005, to file a responsive pleading to Plaintiff's Complaint.

7.  No party to this action or this Honorable Court will suffer any prejudice if named Defendant Suburban is granted a twenty (20) day extension, until September 15, 2005, to file a responsive pleading to Plaintiffs' Complaint.

WHEREFORE, for the foregoing reasons, named Defendant Suburban requests that this Honorable Court enter an Order granting Suburban an additional twenty (20) days, until September 15, 2005, to file a responsive pleading to Plaintiff's Complaint.

Respectfully submitted,

MARCUS & BONSIB

/s/   *Bruce L. Marcus*
_____
BRUCE L. MARCUS, ESQ. (#MD06341)
6411 Ivy Lane, Suite 116
Greenbelt, Maryland 20770
(301) 441-3000
*Counsel for Named Defendant,*
*Suburban Travel*