**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

VICTOR H. SPARROW, III,           :

                                     :

        Plaintiff,              :

                                     :

v.                                   :      Case No.: **1:05-cv-01577**

                                   :

AIR FRANCE-KLM GROUP, *et al*.    :

                                   :

        Defendant.           :

_____

**DEFENDANT, SUBURBAN TRAVEL'S OPPOSITION TO PLAINTIFFS'**
**REQUEST TO CLERK OF COURT FOR ENTRY OF DEFAULT**

COMES NOW named Defendant, Suburban Travel ("Suburban"), by and through

counsel, Bruce L. Marcus, Esquire and Marcus & Bonsib, and hereby opposes Plaintiff's

request to the Clerk of this Honorable Court for the entry of default against Suburban,

and in support thereof states the following:

1.      Plaintiff fled his Complaint in the above-captioned case on August 5,

2005.

2.      Suburban's responsive pleading to the Complaint was due to this Court on

or about August 25, 2005.

3.      Undersigned counsel was retained by Suburban on or about the day its

responsive pleading to the Complaint was due.

4.      On September 1, 2005 Suburban filed a Request for Extension of Time to

File Responsive Pleading to Plaintiff's Complaint, but the Motion was denied due to

Suburban's failure to comply with Local Civil Rule 7(m).

5.      On September 2, 2005, pursuant to Fed. R. Civ. P. 55(a), Plaintiff filed

with the Clerk of this Court a request for the entry of default against all Defendants for

failure to file timely responsive pleadings.[1]  (*See* Ex. 1).

6.      Concurrent with this filing, Suburban has filed a second Request for

Extension of Time to File Responsive Pleading to Plaintiff's Complaint.  For this second

Request for Extension of Time, Plaintiff requested and received the consent of Plaintiff

and counsel for Air France, Lynn Calkins, for an extension until September 15, 2005 to

file its responsive pleading.

7.      As Plaintiff has now consented to Suburban's request for an extension

until September 15, 2005 to file a responsive pleading to the Complaint, Plaintiff's

request for entry of default should be denied.

WHEREFORE, for the foregoing reasons, Defendant, Suburban Travel, requests

that this Honorable Court deny Plaintiff's request to the Clerk of the Court for the entry

of default against Suburban.

Respectfully submitted,

MARCUS & BONSIB

/s/      *Bruce L. Marcus*
_____
BRUCE L. MARCUS, ESQ. (#MD06341)
6411 Ivy Lane, Suite 116
Greenbelt, Maryland 20770
(301) 441-3000
*Counsel for Named Defendant,*
*Suburban Travel*

---

[1] As of the date of this filing, the docket report in this case does not reflect that any such filing has been made.  Additionally, neither Suburban nor its counsel has been served by Plaintiff with a copy of Plaintiff's request for entry of default.  Suburban only became aware of Plaintiff's request through a copy of correspondence between counsel for Air France, Lynn Calkins, and Plaintiff which made reference to Plaintiff's request.  Ms. Calkins kindly provided undersigned with a copy of Plaintiff's request for entry of default on September 6, 2005.