**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| VICTOR H. SPARROW, III, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Case No.: **1:05-cv-01577 (RMC)** |
| | : |
| AIR FRANCE-KLM GROUP, *et al*. | : |
| | : |
| Defendant. | : |

_____

**ORDER**

UPON CONSIDERATION of named Defendant, Suburban Travel's, Opposition to Plaintiff's Request for Entry of Default, it is this _____ day of _____, 2005, hereby and the same:

**ORDERED**, that Plaintiff's September 2, 2005 Request for Entry of Default is **DENIED**.

_____
Honorable Rosemary M. Collyer
United States District Judge