IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VICTOR H. SPARROW, III<br>1768 Willard Street, Northwest<br>Washington, District of Columbia 20009<br><br>Plaintiff *pro se*,<br><br>v.<br><br>AIR FRANCE-KLM GROUP<br>45, rue de Paris<br>95747 Roissy, France<br><br>AIR FRANCE<br>45, rue de Paris<br>95747 Roissy, France<br>CDG Cedex<br><br>SUBURBAN TRAVEL<br>11510-G Rockville Pike<br>Rockville, Maryland 20852<br><br>Defendants. | Case No. 05-01577 RMC<br><br>REQUEST TO<br>ENTER DEFAULT. |

TO: THE CLERK OF COURT
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

Comes now, Plaintiff *pro se*, Victor H. Sparrow, III, pursuant to Rule 55(a) of the *Federal Rules of Civil Procedure* ("*FRCP*") and requests that the default of Defendants Air France, Suburban Travel, and Air France-KLM Group be entered in this cause for their failure, individually and collectively, to plead or otherwise move within the twenty (20) day period set out in *FRCP* Rule 12(1)(A).

In support of this "Request to Enter Default," the Plaintiff, under penalty of perjury under the laws of the District of Columbia and of the United States including but not limited to 28 *United States Code* §1746, states and declares as follows:

1. The Complaint in this cause was filed on August 5, 2005. The Summons and Complaint were personally served upon Defendant Air France and Defendant Air France-KLM Group at approximately at approximately 10:38 a.m. on August 8, 2005 at their offices located within the District of Columbia at Suite 1050 1120 Connecticut Avenue, Northwest, Washington, District of Columbia 20036. A copy of the "Proof of Service" has been filed in the Office of the Clerk of Court.

2. The Summons and Complaint was personally served upon Defendant Suburban Travel at approximately 11:33 a.m. on August 8, 2005 at its office located within the City of Rockville, Montgomery County, State of Maryland at 11510-G Rockville Pike, Rockville, Maryland 20852. A copy of the "Proof of Service" has been filed in the Office of the Clerk of Court.

3. The twenty (20) day period provided for under FRCP Rule 12(a)(1)(A) expired on August 28, 2005. As of the date and time of the filing of this Request, there has been no answer or other pleading served upon the Plaintiff.

4. I am fully competent to testify and would do so to the foregoing substance and effect based upon my own personal knowledge if called upon to do so in any Court of competent jurisdiction.

Executed at Washington City, within the District of Columbia on August 29, 2005.

Dated: August 29, 2005

                            THE PLAINTIFF, Pro se

                   By_____
                     Victor H. Sparrow, III
                     1768 Willard Street, Northwest
                     Washington, District of Columbia 20009
                     Telephone: (202) 246-7677

## PROOF OF SERVICE

I, Trung Van La, state and declare under penalty of perjury that I am a citizen of the United States and that I am employed in the City of Washington, District of Columbia. I am over the age of eighteen (18) years and not a party to the above encaptioned action. My business address is 1200 New Hampshire Avenue, Northwest, Washington, District of Columbia 20036.

On the day set forth below I served the within "REQUEST TO ENTER DEFAULT" in Civil Action No.: 05-01577 RMC in the United States District Court for the District of Columbia on each of the Defendants by placing a true copy thereof enclosed in a sealed envelope with first class Postage thereon fully prepaid, in the United States Postal Service Mail depository at Washington City within the District of Columbia, addressed to each of the following:

**AIR FRANCE**
Suite 1050
1120 Connecticut Avenue, Northwest
Washington, District of Columbia 20036

**AIR FRANCE**
45, rue de Paris
95747 Roissy, France
CDG Cedex

**AIR FRANCE-KLM GROUP**
45, rue de Paris
95747 Roissy, France
CDG Cedex

**SUBURBAN TRAVEL**
11510-G Rockville Pike
Rockville, Maryland 20852

I declare under penalty of perjury under the law of the United States and the District of Columbia that the foregoing is true and correct pursuant to 28 *United States Code* §1746.
Executed at Washington City, within the District of Columbia on August 29, 2005.

Dated: August 29, 2005

_____
**TRUNG VAN LA**