UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VICTOR H. SPARROW, III <br> 1768 Willard Street, Northwest <br> Washington, D.C. 20009 <br> (202) 246-7677, <br><br>        Plaintiff, <br><br> v. <br><br> AIR FRANCE-KLM GROUP <br> 2 rue Robert Esnault-Pelterie <br> 75005 Paris <br> France <br><br> AIR FRANCE <br> 45 rue de Paris <br> 95747 Roissy-CDG Cedex, <br> France <br><br> SUBURBAN TRAVEL <br> 11510-G Rockville Pike <br> Rockville, Maryland 20852, <br><br>       Defendants. | Civil Action No. 1: 05-CV-01577 (RMC) |

**LOCAL RULE 7.1 CERTIFICATE OF
CORPORATE DISCLOSURE**

I, Lynn E. Calkins, counsel of record for Defendant Air France-KLM (incorrectly sued herein as "Air France-KLM Group"), certify that, to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of Air France-KLM which have any outstanding securities in the hands of the public.

This representation is made in order that judges of this Court may determine the need for recusal.

Dated: September 12, 2005        Respectfully submitted,

By _____
Lynn E. Calkins (D.C. Bar No. 445854)
HOLLAND & KNIGHT LLP
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, D.C. 20006
(202) 955-3000   Phone
(202) 955-5564   Fax

*Counsel for Air France-KLM*

2

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served by first-class mail, postage prepaid, this 12th day of September 2005, upon:

Victor H. Sparrow, III
1768 Willard Street, Northwest
Washington, D.C.  20009

Bruce L. Marcus, Esq.
Marcus & Bonsib
6411 Ivy Lane, Suite 116
Greenbelt, Maryland  20770

_____
Lynn E. Calkins

# 3197021_v1

3