UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VICTOR H. SPARROW, III,       )<br>                              )<br>     Plaintiff,              )<br>                              )<br>v.                            )  Civil Action No. 1: 05-CV-01577 (RMC)<br>                              )<br>AIR FRANCE-KLM GROUP,         )<br>AIR FRANCE, and               )<br>SUBURBAN TRAVEL,              )<br>                              )<br>     Defendants.             )<br>_____) | |

### OBJECTION OF DEFENDANTS SOCIÉTÉ AIR FRANCE AND AIR FRANCE-KLM TO PLAINTIFF'S REQUEST TO CLERK OF COURT FOR ENTRY OF DEFAULT

Defendants Société Air France (incorrectly sued herein as "Air France" and hereinafter "Air France") and Air France-KLM (incorrectly sued herein as "Air France-KLM Group" and hereinafter "Air France-KLM"), by and through their counsel, hereby object to Plaintiff's request to Clerk of this Court to enter a default against them. The undersigned conferred with Plaintiff regarding this matter through correspondence discussed below, but Plaintiff refused to withdraw his request, necessitating the filing of this objection.

In support of their objection, Air France and Air France-KLM state the following:

1. Plaintiff filed his Complaint in the above-captioned case on August 5, 2005.

2. On or about August 23, 2005, Plaintiff filed a Proof of Service of Summons and Complaint, authored by a taxi cab driver identified as Ahmed O. Hassen who swears that he personally delivered on August 8, 2005 a copy of the Summons and Complaint to the Air France sales office located at 1120 Connecticut Avenue, N.W., Washington, D.C. 20036. A copy of

the Proof of Service is attached hereto as Exhibit A. Plaintiff claims that the foregoing service was proper service as to both Air France and Air France-KLM.

3. In delivering the copy of the Summons and Complaint to the Air France sales office, however, Plaintiff did not serve an officer, managing agent or general agent authorized to accept service of process in the United States on behalf of Air France or Air France-KLM. See Declaration of Avemi Atidepe, attached hereto as Exhibit B. This service thus was not proper service on either Air France or Air France-KLM as required under Rule 4 of the Federal Rules of Civil Procedure.

4. Despite that improper service of process, on the first business day following the expiration of the 20 day period provided for in Rule 12 of the Federal Rules of Civil Procedure – Monday, August 29, 2005, Air France filed an Answer, Affirmative Defenses and Cross-Claim, including a defense of insufficient service of process. A copy of this pleading is attached hereto as Exhibit C. Air France-KLM has now also filed an Answer and Affirmative Defenses, including a defense of insufficient service of process. A copy of this pleading is attached hereto as Exhibit D.

5. Based on the incorrect assertions set forth in the Proof of Service, Plaintiff filed with the Clerk of this Court a request for the entry of default pursuant to Rule 55(a) against all of the Defendants for failure to file timely responsive pleadings.

6. Upon learning of Plaintiff's request, on September 2, 2005, the undersigned sent via hand delivery a letter to Plaintiff requesting that Plaintiff withdraw his request and explaining that his service on Defendants Air France and Air France-KLM was not proper.

7. Plaintiff refused to withdraw his request, and has now informed the undersigned that, pursuant to Rule 4(c)(3) of the District of Columbia Superior Court Civil Procedure Rules, he

attempted to serve Air France and Air France-KLM by personally mailing something to France through United States Registered Mail. This attempted service on Air France and Air France-KLM was not the basis for his Proof of Service or his request for default, still does not constitute sufficient service, and cannot substantiate a default, especially when Air France and Air France-KLM have filed responsive pleadings in this matter.

WHEREFORE, for the foregoing reasons, Defendants Société Air France and Air France-KLM object to Plaintiff's request to the Clerk of this Court to enter a default.

Dated: September 13, 2005　　　　　　　　Respectfully submitted,

By _____
Lynn E. Calkins (D.C. Bar No. 445854)
Stacy L. Hawkins (D.C. Bar No. 464776)
HOLLAND & KNIGHT LLP
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, D.C. 20006
(202) 955-3000   Phone
(202) 955-5564   Fax

*Counsel for Société Air France and*
*Air France-KLM*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served by first-class mail, postage prepaid, this 13th day of September 2005, upon:

>Victor H. Sparrow, III
>1768 Willard Street, Northwest
>Washington, D.C. 20009
>
>Bruce L. Marcus, Esq.
>Marcus & Bonsib
>6411 Ivy Lane, Suite 116
>Greenbelt, Maryland 20770

*[signature]*
Lynn E. Calkins

# 3204374_v2