**EXHIBIT B**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VICTOR H. SPARROW, III, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AIR FRANCE-KLM GROUP, ) <br> AIR FRANCE, and ) <br> SUBURBAN TRAVEL, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 1: 05-CV-01577 (RMC) <br><br> **DECLARATION OF** <br> **AMEVI ATIDEPE** |

AMEVI ATIDEPE declares as follows:

1.  I am employed by defendant Société Air France ("Air France") as a Ticket Office Clerk at their ticket office located at 1120 Connecticut Avenue, Northwest, Washington, D.C. 20036. I have been employed by Air France since September 20, 2004.

2.  I submit this Declaration in support of the Objection of Defendants Société Air France and Air France-KLM to Plaintiff's Request to Clerk of Court for Entry of Default. This Declaration is based upon my personal knowledge.

3.  On August 8, 2005, while performing my normal duties as a Ticket Office Clerk, I was approached by an individual who delivered a legal document.

4.  I never told the person that I was authorized to accept service of process for Air France. Unaware of what the papers concerned, I brought them to Maureen Masanoff, Administrative Assistant.

5.  I am not an officer, director, managing or general agent, or any other agent authorized to receive service upon Air France or Air France-KLM.

6.    I have never accepted service of process on behalf of Air France or Air France-KLM in the past.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on September 9, 2005.

_____<br>Amevi Atidepe

# 3204415_v1