IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VICTOR H. SPARROW, III | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Case No. 05-1577RMC |
| | : |
| AIR FRANCE-KLM GROUP, et al. | : |
| | : |
| Defendants. | : |

## ORDER

UPON CONSIDERATION of Defendant Suburban Travel's Motion to Dismiss, and any opposition filed thereto, it is this _____ day of _____, 2005, hereby and the same

**ORDERED** that Defendant Suburban Travel's Motion to Dismiss is **GRANTED**; and it is further

**ORDERED** that Plaintiff's Complaint is dismissed in its entirety against Defendant Suburban Travel.

_____
Honorable Rosemary M. Collyer,
United States District Judge