IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VICTOR H. SPARROW, III | : |
| Plaintiff, | : |
| v. | : Case No. 05-1577RMC |
| AIR FRANCE-KLM GROUP, et al. | : |
| Defendants. | : |

**<u>DEFENDANT SUBURBAN TRAVEL'S MOTION TO DISMISS COMPLAINT</u>**

COMES NOW Defendant Suburban Travel, by and through its attorneys, Bruce L. Marcus, Esq., Joseph A. Compofelice, Jr., Esq. and Marcus & Bonsib, and pursuant to F.R.C.P 1 and 12(b)(6), hereby moves this Honorable Court to dismiss Plaintiff's Complaint for failure to state a claim upon which relief can be granted.

As detailed in the accompanying Memorandum of Points and Authorities, the Complaint fails to state a cause of action against Defendant Suburban Travel because:

1. Plaintiff's Complaint fails to state claims for which relief can be granted.

2. Plaintiff improperly includes individuals not named as parties in this action in his request for relief

3. Plaintiff has improperly named Defendant as Suburban Travel in its Complaint rather than its registered name of Bigio Brothers, Inc.

4. Plaintiff fails to properly plead or even allege an inference of racial animus on the part of Defendant Suburban Travel under 42 U.S.C. §1981.

5. Plaintiff fails to properly plead that Defendant Suburban Travel engaged in a conspiracy based upon racial animus under 42 U.S.C. §1985(3).

6. Plaintiff fails to properly plead that that Defendant Suburban Travel neglected to prevent a conspiracy to prevent conspiracy under the derivative claim of 42 U.S.C. §1986.

7. Plaintiff is unable to recover monetary damages under 42 U.S.C. §2000(a), a statutory provision whose only recourse is an injunction, and Plaintiff has failed to demonstrate that he was denied access to a public accommodation.

8. Plaintiff has improperly plead a claim under the Convention for International Carriage by Air Done at Montreal ("Montreal Convention") against Defendant Suburban Travel, as Defendant Suburban Travel does not engage in any international carriage by air.

9. Plaintiff's state statutory and common law claims against Defendant Suburban Travel must be dismissed because this court lacks proper supplemental jurisdiction to entertain those claims.

WHEREFORE, the Complaint should be dismissed with prejudice as to Defendant Suburban Travel as to all claims, counts, and causes of action as alleged.

A proposed Order is attached hereto.

Respectfully submitted,

MARCUS & BONSIB

*/s/ Bruce L. Marcus*

BRUCE L. MARCUS, ESQ. (#MD 06341)
6411 Ivy Lane, Suite 116
Greenbelt, MD  20770
(301) 441-3000
Counsel for Defendant Suburban Travel