RECEIVED

SEP - 2 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

VICTOR H. SPARROW, III )   Case No. **05-01577 RMC**
1768 Willard Street, Northwest )
Washington, District of Columbia 20009 )   **REQUEST TO**
)   **ENTER DEFAULT**
Plaintiff *pro se*, )   **OF DEFENDANT**
v. )   **SUBURBAN TRAVEL.**
)
**AIR FRANCE-KLM GROUP** )
45, rue de Paris )
95747 Roissy, France )
)
**AIR FRANCE** )
45, rue de Paris )
95747 Roissy, France )
CDG Cedex )
)
**SUBURBAN TRAVEL** )
11510-G Rockville Pike )
Rockville, Maryland 20852 )
)
Defendants. )

RECEIVED

SEP 0 6 2005

CHAMBERS OF
JUDGE COLLYER

Leave to
File

Rosemary M Colly
9/7/05

TO:    **THE CLERK OF COURT**
**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF COLUMBIA**

Comes now, Plaintiff *pro se*, Victor H. Sparrow, III, pursuant to Rule 55(a) of the *Federal Rules of Civil Procedure* (*"FRCP"*) and requests that the default of Defendant Suburban Travel be entered in this cause for its failure to plead or otherwise move within the twenty (20) day period set out in *FRCP* Rule 12(1)(A).

In support of this "Request to Enter Default," the Plaintiff, under penalty of perjury under the laws of the District of Columbia and of the United States including but not limited to 28 *United States Code* §1746, states and declares as follows:

1.    The Complaint in this cause was filed on August 5, 2005.

2.  The Summons and Complaint was personally served upon Defendant Suburban Travel at approximately 11:33 a.m. on August 8, 2005 at its office located within the City of Rockville, Montgomery County, State of Maryland at 11510-G Rockville Pike, Rockville, Maryland 20852. A copy of the "Proof of Service" has been filed in the Office of the Clerk of Court.

3.  The twenty (20) day period provided for under *FRCP* Rule 12(a)(1)(A) expired on August 28, 2005. As of the date and time of the filing of this Request, there has been no answer or other pleading served upon the Plaintiff.

4.  I am fully competent to testify and would do so to the foregoing substance and effect based upon my own personal knowledge if called upon to do so in any Court of competent jurisdiction.

Executed at Washington City, within the District of Columbia on August 30, 2005.

Dated: August 30, 2005

THE PLAINTIFF, Pro se

By_____

Victor H. Sparrow, III
1768 Willard Street, Northwest
Washington, District of Columbia 20009
Telephone: (202) 246-7677

## PROOF OF SERVICE

I, Trung Van La, state and declare under penalty of perjury that I am a citizen of the United States and that I am employed in the City of Washington, District of Columbia.  I am over the age of eighteen (18) years and not a party to the above encaptioned action.  My business address is 1200 New Hampshire Avenue, Northwest, Washington, District of Columbia 20036.

On the day set forth below I served the within **"REQUEST TO ENTER DEFAULT"** in Civil Action No.: **05-01577 RMC** in the United States District Court for the District of Columbia on each of the Defendants by placing a true copy thereof enclosed in a sealed envelope with first class Postage thereon fully prepaid, in the United States Postal Service Mail depository at Washington City within the District of Columbia, addressed to each of the following:

**AIR FRANCE**
Suite 1050
1120 Connecticut Avenue, Northwest
Washington, District of Columbia 20036

**AIR FRANCE**
45, rue de Paris
95747 Roissy, France
CDG Cedex

**AIR FRANCE-KLM GROUP**
45, rue de Paris
95747 Roissy, France
CDG Cedex

**SUBURBAN TRAVEL**
11510-G Rockville Pike
Rockville, Maryland  20852

I declare under penalty of perjury under the law of the United States and the District of Columbia that the foregoing is true and correct pursuant to 28 ***United States Code*** §1746.

Executed at Washington City, within the District of Columbia on August 29, 2005.

Dated: <u>August 30, 2005</u>

_____
**TRUNG VAN LA**