Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

VICTOR H. SPARROW, III
    Plaintiff(s)

v.

AIR FRANCE-KLM GROUP et al.,
    Defendant(s)

Civil Action No. 05-1577(RMC)

RE: **SUBURBAN TRAVEL**

## DEFAULT

It appearing that the above-named defendant has failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on August 8, 2005, and an affidavit on behalf of the plaintiff having been filed, it is this 7th day of September, 2005 declared that: defendant is in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____
    Deputy Clerk