IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **VICTOR H. SPARROW, III**<br>1768 Willard Street, Northwest<br>Washington, District of Columbia 20009<br><br>      Plaintiff *pro se*,<br>  v.<br><br>**SUBURBAN TRAVEL**<br>11510-G Rockville Pike<br>Rockville, Maryland 20852 et al.<br><br>      Defendants. | )  Case No. 05-01577 RMC<br>)<br>)  **ORDER ON**<br>)  **MOTION TO**<br>)  **STRIKE**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

  This matter came on regularly for hearing on September ____, 2005. The Court being fully informed,

  IT IS ORDRERED.

  The Motion to Strike the Motion to Dismiss filed by the Plaintiff is granted;

  The Request to Enter the Default of Defendant Suburban Travel/Bigio Brothers, Inc. is granted;

  Costs in the amount of $47.50 pursuant to 28 *United States Code* §1927 are awarded to Plaintiff to be paid within thirty (30) days by counsel for Suburban Travel.

  Dated: October ____, 2005

                  _____
                  UNITED STATES DISTRICT JUDGE