**From:** Victor H. Sparrow, III [mailto:victorsparrow@comcast.net]
**Sent:** Wednesday, September 07, 2005 11:03 AM
**To:** Joseph Compofelice, Esquire
**Cc:** Bruce L. Marcus, Esquire
**Subject:** FW: Sparrow v. Air France & Suburban Travel

September 7, 2005

Dear Mr. Compofelice:

Thank you for your telephone call this morning. Please note that I have no objection to provide your client with your requested extension to answer or otherwise move until September 15, 2005 as we discussed. However, please be advised that I shall immediately move to strike any pleading under FRCP Rule 11 unless Suburban Travel is properly registered with the Montgomery County and State of Maryland governmental authorities at the time of filing with the Court.

(Text Unrelated to this Motion Has Been Deleted.)

Thank you for your continuing courtesy and cooperation in this matter.

Sincerely,

Victor H. Sparrow, III

**EXHIBIT "A"**



**Maryland Department of Assessments and Taxation** 1

**Taxpayer Services Division**
301 West Preston Street ▓ Baltimore, Maryland 21201

| Main Menu | Security Interest Filings (UCC) | **Business Entity Information** | |
|---|---|---|---|
| (Charter/Personal Property) New Search | Get Forms | Certificate of Status | SDAT |
| | Home | | |

### Taxpayer Services Division

### Entity Name: BIGIO BROTHERS, INC.
### Dept. ID #: D01001015

**General Information** | Amendments | Personal Property | Certificate of Status

| | |
|---|---|
| **Principal Office (Current):** | PRINCE GEORGE'S PLAZA<br>EAST WEST HIGHWAY<br>HYATTSVILLE, MD   00000 |
| **Resident Agent (Current):** | ROBERT B. BIGIO<br>2321 COUNTRYSIDE DR.<br>SILVER SPRING, MD   00000 |
| **Status:** | FORFEITED |
| **Good Standing:** | No |
| **Business Code:** | Ordinary Business - Stock |
| **Date of Formation or Registration:** | 04/12/1979 |
| **State of Formation:** | MD |
| **Stock/Nonstock:** | Stock |
| **Close/Not Close:** | Unknown |

### Link Definition

| | |
|---|---|
| **General Information** | General information about this entity |
| **Amendments** | Original and subsequent documents filed |
| Personal Property | Personal Property Return Filing Information and Personal |

EXHIBIT "B"



**Maryland Department of Assessments and Taxation**

**Taxpayer Services Division**
301 West Preston Street ▓ Baltimore, Maryland 21201

Main Menu | Security Interest Filings (UCC) | **Business Entity Information** (Charter/Personal Property) New Search | Get Forms | Certificate of Status | SDAT Home

**Taxpayer Services Division**

**Entity Name: SUBURBAN TRAVEL SERVICE, INC.**
**Dept. ID #: D00205203**

| General Information | Amendments | Personal Property | Certificate of Status |

| | |
|---|---|
| **Principal Office (Current):** | WILLIAM IVES<br>8413 STEVENSONS ROAD<br>PIKESVILLE, MD   21208 |
| **Resident Agent (Current):** | WILLIAM IVES<br>8413 STEVENSONS ROAD<br>PIKESVILLE, MD   21208 |
| **Status:** | DISSOLVED |
| **Good Standing:** | No |
| **Business Code:** | Ordinary Business - Stock |
| **Date of Formation or Registration:** | 03/16/1960 |
| **State of Formation:** | MD |
| **Stock/Nonstock:** | Stock |
| **Close/Not Close:** | Unknown |

**Link Definition**

| | |
|---|---|
| **General Information** | General information about this entity |
| **Amendments** | Original and subsequent documents filed |
| **Personal Property** | Personal Property Return Filing Information and Personal Property Assessments |
| **Certificate of Status** | Get a Certificate of Good Standing for this entity. |

EXHIBIT "C"

http://sdatcert3.resiusa.org/ucc-charter/DisplayEntity_b.asp?EntityID=D00205203&Entity...   9/19/2005

## PROOF OF SERVICE

I, Victor H. Sparrow, III, state and declare under penalty of perjury that I am a citizen of the United States and that I am a resident of the City of Washington, District of Columbia. I am over the age of eighteen (18) years and not a party to the above encaptioned action. My address is 1768 Willard Street, Northwest, Washington, District of Columbia 20009.

On the day set forth below I served the within **"MOTION TO STRIKE"** in Civil Action No.: **05-01577 RMC** in the United States District Court for the District of Columbia on each of the Defendants by e-mail "pdf" file and by placing a true copy thereof enclosed in a sealed envelope with first class Postage thereon fully prepaid, in the United States Postal Service Mail depository at Washington City within the District of Columbia, addressed to each of the following:

**Ms. Lynn E. Calkins**
Attorney at Law
Holland & Knight, L.L.P.
2099 Pennsylvania Avenue, Northwest (Suite #100)
Washington, District of Columbia 20006
(Counsel for Air France)
lynn.calkins@hklaw.com

**Bruce L. Marcus, Esquire**
Marcus & Bonsib
6411 Ivy Lane (Suite #116)
Greenbelt, Maryland 20770
(Counsel for Suburban Travel)
bmarcus@marcusbonsib.com

A copy of this same document was e-mailed to counsel at the e-mail address under each of their names at approximately 00:40 on September 20, 2005.

I declare under penalty of perjury under the laws of the United States and those of the District of Columbia that the foregoing is true and correct pursuant to 28 *United States Code* §1746.

Executed at Washington City, within the District of Columbia on September 20 2005.

Dated: September 20, 2005

**VICTOR H. SPARROW, III**