UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| VICTOR H. SPARROW, III, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1: 05-CV-01577 (RMC) |
| AIR FRANCE-KLM GROUP, AIR FRANCE, and SUBURBAN TRAVEL, | ) |
| Defendants. | ) |

**JOINT MOTION FOR EXTENSION OF TIME
TO HOLD LOCAL RULE 16.3 CONFERENCE**

Plaintiff Victor H. Sparrow, III and Defendants Société Air France, Air France-KLM, and Suburban Travel, by and through their respective counsel, hereby jointly request an extension of time to hold the Local Rule 16.3 conference by an additional fourteen (14) days to and including October 7, 2005. The parties have conferred and jointly request this extension of time.

Respectfully submitted,

_____
Victor Sparrow, III
1768 Willard Street, Northwest
Washington, DC  20009
(202) 246-7677  Phone

Plaintiff, Pro se

_____
Lynn E. Calkins (D.C. Bar No. 445854)
Stacy L. Hawkins (D.C. Bar No. 464776)
HOLLAND & KNIGHT LLP
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, D.C. 20006
(202) 955-3000   Phone
(202) 955-5564   Fax

Counsel for Defendants Société Air France
and Air France-KLM

*/s/ Bruce L. Marcus*
Bruce L. Marcus (#MD06341)
MARCUS & BONSIB
6411 Ivy Lane, Suite 116
Greenbelt, Maryland 20770
(301) 441-3000 Phone
(301) 441-3003 Fax

Counsel for Defendant Suburban Travel

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VICTOR H. SPARROW, III, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AIR FRANCE-KLM GROUP, )<br>AIR FRANCE, and )<br>SUBURBAN TRAVEL, )<br>)<br>Defendants. )<br>) | Civil Action No. 1: 05-CV-01577 (RMC) |

**MEMORANDUM IN SUPPORT OF
JOINT MOTION FOR EXTENSION OF TIME
TO HOLD LOCAL RULE 16.3 CONFERENCE**

Plaintiff Victor H. Sparrow, III and Defendants Société Air France, Air France-KLM, and Suburban Travel, by and through their respective counsel, hereby jointly request an extension of time to hold the Local Rule 16.3 conference by an additional fourteen (14) days to and including October 7, 2005, and state as follows:

1. This case involves multiple defendants.

2. The last defendant entered its appearance in this case on September 2, 2005.

3. The parties had planned to meet and confer pursuant to Local Rule 16.3 on September 23, 2005 at 9:30 a.m.

4. Because of arising conflicts, the parties can no longer meet at that time, and jointly request an additional fourteen (14) days to and including October 7, 2005 within which to meet and confer pursuant to Local Rule 16.3.

Respectfully submitted,


_____  
Victor Sparrow, III  
1768 Willard Street, Northwest  
Washington, DC 20009  
(202) 246-7677   Phone  

Plaintiff, Pro se

_____  
Lynn E. Calkins (D.C. Bar No. 445854)  
Stacy L. Hawkins (D.C. Bar No. 464776)  
HOLLAND & KNIGHT LLP  
2099 Pennsylvania Avenue, N.W.  
Suite 100  
Washington, D.C. 20006  
(202) 955-3000   Phone  
(202) 955-5564   Fax  

Counsel for Defendants Société Air France  
and Air France-KLM


_____  
Bruce L. Marcus (MD06341)  
MARCUS & BONSIB  
6411 Ivy Lane, Suite 116  
Greenbelt, Maryland 20770  
(301) 441-3000 Phone  
(301) 441-3003 Fax  

Counsel for Defendant Suburban Travel

2

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served by first-class mail, postage prepaid, this 22nd day of September 2005, upon:

>Victor H. Sparrow, III
>1768 Willard Street, Northwest
>Washington, D.C. 20009
>
>Bruce Marcus
>Joseph A. Compofelice, Jr.
>Marcus & Bonsib
>6411 Ivy Lane, Suite 116
>Greenbelt, Maryland 20770

_____
Lynn E. Calkins

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VICTOR H. SPARROW, III, <br><br> Plaintiff, <br><br> v. <br><br> AIR FRANCE-KLM GROUP, <br> AIR FRANCE, and <br> SUBURBAN TRAVEL, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1: 05-CV-01577 (RMC) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

The Court having considered the Joint Motion for Extension of Time to Hold Local Rule 16.3 Conference, it is this ____ day of _____, 2005;

**ORDERED** that the Joint Motion for Extension of Time to Hold Local Rule 16.3 Conference is **GRANTED**; and

**ORDERED** that the parties have to and including October 7, 2005 to hold the Local Rule 16.3 Conference

_____
Judge Rosemary M. Collyer

# 3245492_v1