**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| VICTOR H. SPARROW, III, | : |
|     Plaintiff, | : |
| v. | :   Case No.: **1:05-cv-01577** |
| AIR FRANCE-KLM GROUP, *et al*. | : |
|     Defendant. | : |

_____

**DEFENDANT SUBURBAN TRAVEL'S MOTION TO VACATE**
**CLERK'S SEPTEMBER 22, 2005 ENTRY OF DEFAULT**

COMES NOW named Defendant, Suburban Travel ("Suburban"), by and through counsel, Bruce L. Marcus, Esquire and Marcus & Bonsib, and hereby moves this Honorable Court to vacate the entry of default entered against Suburban on September 22, 2005. In support thereof, Suburban states the following:

1. Plaintiff fled his Complaint in the above-captioned case on August 8, 2005.

2. Suburban's responsive pleading to the Complaint was due to this Court on or about August 28, 2005.

3. Undersigned counsel was retained by Suburban on or about the day its responsive pleading to the Complaint was due.

4. On September 1, 2005 Suburban filed a Request for Extension of Time to File Responsive Pleading to Plaintiff's Complaint. (Docket Entry # 6).

5. On September 2, 2005, pursuant to Fed. R. Civ. P. 55(a), Plaintiff filed with the Clerk of this Court a request for the entry of default against all Defendants for failure to file timely responsive pleadings. (Docket Entry # 15). As this filing was not

made electronically, Suburban did not receive a copy of Plaintiff's request for entry of default until September 6, 2005. Furthermore, Suburban did not receive notice of this filing from the Court or Plaintiff, but rather via facsimile from counsel for Air France.

6. On September 6, 2005 Suburban's Request for Extension of Time was denied due to Suburban's failure to comply with Local Civil Rule 7(m). (Minute Entry Order re: Docket Entry # 6).

7. On September 7, 2005 Suburban filed a second Request for Extension of Time to File Responsive Pleading to Plaintiff's Complaint. For this second request Suburban requested and received the consent of Plaintiff and counsel for Air France. (Docket Entry # 8).

8. Also on September 7, 2005, Suburban filed its Response to Plaintiff's Request for Entry of Default, noting therein that Plaintiff's request for entry of default was rendered moot since Plaintiff consented to Suburban's request to file a response to the Complaint by September 15, 2005. (Docket Entries # 9, 10).

9. On September 15, 2005, the Court granted Suburban's consent request to file it's responsive pleading by September 15, 2005, which Suburban timely filed. (09/15/05 Minute Entry Order, Docket Entry # 14).

10. On ***September 22, 2005, 15 days after its initial filing***, Suburban finally received formal notice from the Court of Plaintiff's request to the clerk of the court for entry of default. (Docket Entry # 15). Though dated retroactively to reflect that the document was initially filed on September 7, 2005, docket entry # 15 indicates that it was not *entered* until September 22, 2005.

11. Also on *September 22, 2005, 15 days after its initial filing*, Suburban received notice *for the first time* that the clerk entered default against Suburban on September 7, 2005. (Docket Entry # 16). Between September 7 and September 22, 2005 the clerk's office provided no notice to Suburban of the entry of default, despite the fact that Suburban's counsel entered its appearance in the case and had requested leave of the Court for an extension of time to file a responsive pleading.

12. The September 7, 2005 entry of default was entered by the clerk on September 22, 2005 despite the fact that Plaintiff consented to Suburban filing its responsive pleading on September 15, 2005 and that this Court granted Plaintiff's consent motion requesting same.

13. If the clerk's entry of default is not vacated, Suburban will suffer irreparable prejudice

WHEREFORE, for the foregoing reasons, Defendant, Suburban Travel, requests that this Honorable Court vacate the September 7, 2005 entry of default, which was entered by the clerk of the court on September 22, 2005.

Respectfully submitted,

MARCUS & BONSIB

　/s/　　*Bruce L. Marcus*
_____
BRUCE L. MARCUS, ESQ. (#MD06341)
6411 Ivy Lane, Suite 116
Greenbelt, Maryland 20770
(301) 441-3000
*Counsel for Named Defendant,
Suburban Travel*