**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| VICTOR H. SPARROW, III, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Case No.: **1:05-cv-01577** |
| : | |
| AIR FRANCE-KLM GROUP, *et al*. : | |
| : | |
| Defendant. : | |

_____

## **ORDER**

UPON CONSIDERATION of named Defendant, Suburban Travel's, Motion to Vacate Clerk's September 22, 2005 Entry of Default (Docket Entry # 16), it is this _____ day of _____, 2005, hereby and the same:

**ORDERED**, that the September 7, 2005 Entry of Default which was entered by the clerk of the court on September 22, 2005 is **VACATED**.

_____
Honorable Rosemary M. Collyer
United States District Judge