UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| VICTOR H. SPARROW, III,<br><br>       Plaintiff,<br><br>v.<br><br>AIR FRANCE-KLM GROUP,<br>AIR FRANCE, and<br>SUBURBAN TRAVEL,<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 1: 05-CV-01577 (RMC)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(ii), all parties who have appeared in this action consent to the dismissal with prejudice from this action of Defendant Air France-KLM (sued in this action as "Air France-KLM Group").

Respectfully submitted,

_/s/ Victor H. Sparrow III /rec_
Victor H. Sparrow, III
1768 Willard Street, Northwest
Washington, DC 20009
(202) 246-7677  Phone

Plaintiff, Pro se

_/s/ Lynn E. Calkins_
Lynn E. Calkins (D.C. Bar No. 445854)
Stacy L. Hawkins (D.C. Bar No. 464776)
HOLLAND & KNIGHT LLP
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, D.C. 20006
(202) 955-3000  Phone
(202) 955-5564  Fax

Counsel for Defendants Société Air France
and Air France-KLM

_____
Bruce L. Marcus (#MD06341)
MARCUS & BONSIB
6411 Ivy Lane, Suite 116
Greenbelt, Maryland  20770
(301) 441-3000  Phone
(301) 441-3003  Fax

Counsel for Defendant Suburban Travel

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served by first-class mail, postage prepaid, this 3rd day of October 2005, upon:

>   Victor H. Sparrow, III
>   1768 Willard Street, Northwest
>   Washington, D.C. 20009
>
>   Bruce Marcus
>   Joseph A. Compofelice, Jr.
>   Marcus & Bonsib
>   6411 Ivy Lane, Suite 116
>   Greenbelt, Maryland 20770

_____
Lynn E. Calkins

# 3245492_v1