IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VICTOR H. SPARROW, III : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Case No. 05-01577RMC |
| : | |
| AIR FRANCE-KLM GROUP, et al. : | |
| : | |
| Defendants. : | |

**DEFENDANT SUBURBAN TRAVEL'S OPPOSITION TO
PLAINTIFF'S MOTION TO STRIKE DEFENDANT, SUBURBAN TRAVEL'S
MOTION TO DISMISS AND REQUEST TO ENTER DEFAULT**

COMES NOW named Defendant, Suburban Travel, by and through its attorneys, Bruce L. Marcus, Esq., Joseph A. Compofelice, Jr., Esq., and Marcus & Bonsib, and hereby requests that this Honorable Court deny Plaintiff's Motion to Strike Motion to Dismiss Filed by Suburban Travel and Request to Enter Default (hereinafter "Motion to Strike").  As detailed in the accompanying Memorandum of Points and Authorities, Plaintiff's Motion to Strike must be denied because:

1.     Plaintiff's Motion to Strike fails to state any cognizable grounds upon which the requested relief can be granted by this Court.

2.     Defendant Suburban Travel is permitted to defend itself against Plaintiff's suit under the law.

3.     Per agreement of all parties and the September 15, 2005 Order of Court, Defendant Suburban Travel has timely responded to Plaintiff's Complaint, thereby rendering Plaintiff's request for a default judgment under F.R.C.P. 55 invalid.[1]

---

[1] Defendant Suburban Travel's Motion to Vacate September 22, 2005 Entry of Default is currently pending.

4. Despite the relief requested in his Motion to Strike, Plaintiff has failed to request opposing counsel's consent or file a proper motion to amend his pleadings to include Bigio Brothers, Inc. as a party of interest, thereby making his request for a default judgment against Bigio Brothers, Inc. under F.R.C.P. 55 invalid.

5. Plaintiff has utterly failed to demonstrate that he is entitled to costs under 28 U.S.C. §1927.

6. Additionally, Plaintiff has failed to timely file any response to Defendant Suburban Travel's Motion to Dismiss.

WHEREFORE, Plaintiff's Motion to Strike Motion to Dismiss Filed by Suburban Travel and Request to Enter Default must be denied.

A proposed order is attached hereto.

Respectfully submitted,

MARCUS & BONSIB

/s/ *Bruce L. Marcus*
_____
Bruce L. Marcus, Esq. (#MD 06341)
6411 Ivy Lane, Suite 116
Greenbelt, MD  20770
(301) 441-3000
*Counsel Defendant Suburban Travel*