IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VICTOR H. SPARROW, III | : |
| Plaintiff, | : |
| v. | : Case No. 05-01577RMC |
| AIR FRANCE-KLM GROUP, et al. | : |
| Defendants. | : |

**ORDER**

UPON CONSIDERATION of Plaintiff's Motion to Strike Motion to Dismiss Filed by Suburban Travel and Request to Enter Default, and Defendant Suburban Travel's Opposition thereto, it is this _____ day of _____, 2005, and hereby the same:

ORDERED that Plaintiff's Motion to Strike Motion to Dismiss Filed by Suburban Travel and Request to Enter Default is **DENIED**.

                                                                                                             _____
                                                                                                             Honorable Rosemary M. Collyer,
                                                                                                             United States District Judge