UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VICTOR H. SPARROW, III, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AIR FRANCE and SUBURBAN TRAVEL, )<br>)<br>Defendants. )<br>) | Civil Action No. 1: 05-CV-01577 (RMC) |

**JOINT MOTION FOR EXTENSION OF TIME
TO FILE LOCAL RULE 16.3 REPORT**

Plaintiff Victor H. Sparrow, III and Defendants Societe Air France and Suburban Travel, by and through their respective counsel, hereby jointly request an extension of time to file their Local Rule 16.3 Report by an additional fifteen (15) days to and including October 28, 2005. The parties have conferred and jointly request this extension of time.

Respectfully submitted,

_____  
Victor Sparrow, III  
1768 Willard Street, Northwest  
Washington, DC 20009  
(202) 246-7677  

Plaintiff, Pro se

_____  
Lynn E. Calkins (D.C. Bar No. 445854)  
Stacy L. Hawkins (D.C. Bar 464776)  
Holland & Knight LLP  
2099 Pennsylvania Avenue, N.W.  
Suite 100  
Washington, D.C. 20006  
(202) 955-3000 Phone  
(202) 955-5564 Fax  

Counsel for Defendant Societe Air France

_____
Bruce L. Marcus (MD06341)
MARCUS & BONSIB
6411 Ivy Lane, Suite 116
Greenbelt, Maryland 20770
(301) 441-3000 Phone
(301) 441-3003 Fax

Counsel for Defendant Suburban Travel

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VICTOR H. SPARROW, III, </br></br> Plaintiff, </br></br> v. </br></br> AIR FRANCE-KLM GROUP, AIR FRANCE, and SUBURBAN TRAVEL, </br></br> Defendants. | Civil Action No. 1: 05-CV-01577 (RMC) |

**MEMORANDUM IN SUPPORT OF JOINT MOTION FOR**
**EXTENSION OF TIME TO FILE LOCAL RULE 16.3 REPORT**

Plaintiff Victor H. Sparrow, III and Defendants Societe Air France and Suburban Travel, by and through their respective counsel, hereby jointly request an extension of time to file their Local Rule 16.3 Report by an additional fifteen (15) days to and including October 28, 2005, and state as follows:

1. The parties met and conferred pursuant to Local Rule 16.3 on September 27, 2005.

2. The parties' report from the Local Rule 16.3 meeting is currently due on October 13, 2005.

3. Mr. Sparrow is out of town because of a family emergency and is not in a position to review a draft of the Joint Report.

4. In order to allow Mr. Sparrow to review a draft of the Joint Report and to allow the parties to finalize the same, the parties jointly request an extension to file their Local Rule 16.3 Report until and including October 28, 2005.

Respectfully submitted,

_____  
Victor Sparrow, III  
1768 Willard Street, Northwest  
Washington, DC  20009  
(202) 246-7677  

Plaintiff, Pro se

_____  
Lynn E. Calkins (D.C. Bar No. 445854)  
Stacy L. Hawkins (D.C. Bar 464776)  
Holland & Knight LLP  
2099 Pennsylvania Avenue, N.W.  
Suite 100  
Washington, D.C.  20006  
(202) 955-3000 Phone  
(202) 955-5564 Fax  

Counsel for Defendant Societe Air France

_____  
Bruce L. Marcus (MD06341)  
MARCUS & BONSIB  
6411 Ivy Lane, Suite 116  
Greenbelt, Maryland 20770  
(301) 441-3000 Phone  
(301) 441-3003 Fax  

Counsel for Defendant Suburban Travel

2


Case 1:05-cv-01577-RMC    Document 23-2    Filed 10/12/2005    Page 5 of 5

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served by first-class mail, postage prepaid, this 12th day of October 2005, upon:

> Victor H. Sparrow, III
> 1768 Willard Street, Northwest
> Washington, D.C. 20009
>
> Bruce Marcus
> Joseph A. Compofelice, Jr.
> Marcus & Bonsib
> 6411 Ivy Lane, Suite 116
> Greenbelt, Maryland 20770

_____
Lynn E. Calkins