UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VICTOR H. SPARROW, III, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1: 05-CV-01577 (RMC) |
| | ) |
| AIR FRANCE and SUBURBAN TRAVEL, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**SECOND JOINT MOTION FOR EXTENSION
OF TIME TO FILE LOCAL RULE 16.3 REPORT**

Plaintiff Victor H. Sparrow, III and Defendants Societe Air France and Suburban Travel,

by and through their respective counsel, hereby jointly request an extension of time to file their

Local Rule 16.3 Report by an additional forty-five (45) days to and including December 12,

2005. The parties have conferred and jointly request this extension of time.

Respectfully submitted,

_Victor Sparrow / JEC_

Victor Sparrow, III
1768 Willard Street, Northwest
Washington, DC 20009
(202) 246-7677

Plaintiff, Pro se

_L. E. Calkins_

Lynn E. Calkins (D.C. Bar No. 445854)
Stacy L. Hawkins (D.C. Bar 464776)
Holland & Knight LLP
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, D.C. 20006
(202) 955-3000 Phone
(202) 955-5564 Fax

Counsel for Defendant Societe Air France

_Bruce L Marcus / FEC_

Bruce L. Marcus (MD06341)
MARCUS & BONSIB
6411 Ivy Lane, Suite 116
Greenbelt, Maryland 20770
(301) 441-3000 Phone
(301) 441-3003 Fax

Counsel for Defendant Suburban Travel

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VICTOR H. SPARROW, III, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Civil Action No. 1: 05-CV-01577 (RMC) |
| | ) |
| AIR FRANCE-KLM GROUP, AIR | ) |
| FRANCE, and SUBURBAN TRAVEL, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## MEMORANDUM IN SUPPORT OF SECOND JOINT MOTION FOR EXTENSION OF TIME TO FILE LOCAL RULE 16.3 REPORT

Plaintiff Victor H. Sparrow, III and Defendants Societe Air France and Suburban Travel, by and through their respective counsel, hereby jointly request an extension of time to file their Local Rule 16.3 Report by an additional forty-five (45) days to and including December 12, 2005, and state as follows:

1.      The parties met and conferred pursuant to Local Rule 16.3 on September 27, 2005.

2.      The parties requested an extension to file their Local Rule 16.3 report until October 28, 2005 because Mr. Sparrow was out of town for a family emergency and was not in a position to review a draft of the Joint Report.

3.      Since Mr. Sparrow's return, the parties have been engaged in settlement discussions.  In hopes of finalizing those settlement discussions, the parties request a further extension to and including December 12, 2005 to file their Local Rule 16.3 report.

Respectfully submitted,

_Victor Sparrow /JEC_

Victor Sparrow, III
1768 Willard Street, Northwest
Washington, DC 20009
(202) 246-7677

Plaintiff, Pro se

_Lynn E. Calkins /JEC_

Lynn E. Calkins (D.C. Bar No. 445854)
Stacy L. Hawkins (D.C. Bar 464776)
Holland & Knight LLP
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, D.C. 20006
(202) 955-3000 Phone
(202) 955-5564 Fax

Counsel for Defendant Societe Air France

_Bruce L. Marcus /JEC_

Bruce L. Marcus (MD06341)
MARCUS & BONSIB
6411 Ivy Lane, Suite 116
Greenbelt, Maryland 20770
(301) 441-3000 Phone
(301) 441-3003 Fax

Counsel for Defendant Suburban Travel

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served by first-class mail, postage prepaid, this

28th day of October 2005, upon:

        Victor H. Sparrow, III
        1768 Willard Street, Northwest
        Washington, D.C. 20009

        Bruce Marcus
        Joseph A. Compofelice, Jr.
        Marcus & Bonsib
        6411 Ivy Lane, Suite 116
        Greenbelt, Maryland 20770

                                Lynn E. Calkins