UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VICTOR H. SPARROW, III, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1: 05-CV-01577 (RMC) |
| ) | |
| AIR FRANCE and SUBURBAN TRAVEL, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

The Court having considered the Second Joint Motion for Extension of Time to File Local Rule 16.3 Report, it is this _____ day of _____, 2005;

**ORDERED** that the Second Joint Motion for Extension of Time to File Local Rule 16.3 Report is GRANTED; and

**ORDERED** that the parties have to and including December 12, 2005 to file the Local Rule 16.3 Report.

_____
Judge Rosemary M. Collyer

# 3337994_v1