UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VICTOR H. SPARROW, III, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1: 05-CV-01577 (RMC) |
| | ) |
| AIR FRANCE and | ) |
| SUBURBAN TRAVEL, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## STIPULATION OF DISMISSAL

As the parties have reached a final settlement of this matter, pursuant to Rule 41(a)(ii), all

parties who have appeared in this action consent to Plaintiffs' dismissal with prejudice of this

action against Société Air France d/b/a Air France and Suburban Travel.  This matter can now be

closed.

Respectfully submitted,

_____
Victor H. Sparrow, III
1768 Willard Street, Northwest
Washington, DC  20009
(202) 246-7677  Phone

Plaintiff, Pro se

_____
Lynn E. Calkins (D.C. Bar No. 445854)
Stacy L. Hawkins (D.C. Bar No. 464776)
HOLLAND & KNIGHT LLP
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, D.C. 20006
(202) 955-3000  Phone
(202) 955-5564  Fax

Counsel for Defendants Société Air France

*Bruce L. Marcus /J&C*

Bruce L. Marcus (#MD06341)
MARCUS & BONSIB
6411 Ivy Lane, Suite 116
Greenbelt, Maryland 20770
(301) 441-3000 Phone
(301) 441-3003 Fax

Counsel for Defendant Suburban Travel

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served by first-class mail, postage prepaid, this 30th day of November 2005, upon:

Victor H. Sparrow, III
1768 Willard Street, Northwest
Washington, D.C. 20009

Bruce Marcus
Joseph A. Compofelice, Jr.
Marcus & Bonsib
6411 Ivy Lane, Suite 116
Greenbelt, Maryland 20770

_____
Lynn E. Calkins

# 3411944_v1